UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. No.: 05-316 (16) (ESH) |
| v. | |
| JOHN JAIRO GIRALDO SANCHEZ, et al. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter the appearance of Manuel J. Retureta, Esq. of Retureta & Wassem, PLLC as counsel of record for Fabio Enrique Garcia-Montes in the above captioned case.

Respectfully submitted,

**RETURETA & WASSEM, PLLC**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar # 430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073    Office
(202) 220-3130    Fax


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this 9th day of October 2007.

_____/s/_____
Manuel J. Retureta, Esq.