**WARRANT FOR ARREST**  CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Pablo Rayo Montano<br>ak/a "Pablo Joaquin Rayo-Montano"<br><br>DOB:   PDID: | DOCKET NO: 05-316   MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>John Jairo Giraldo Sanchez #16<br><br>**FILED**<br>OCT - 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE COCAINE INTO THE UNITED STATES;

DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:963, 952 and 959(a); 18:2; 21:853 and 970 |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: Kay<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) Alan Kay<br>U.S. MAGISTRATE JUDGE DEBORAH A. ROBINSON | DATE ISSUED:<br>2/22/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>FEB 2 2 2006 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 10/5/07 | Anthony Santoro/USM | Anthony Santoro |