CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Number 05-316-16 (ESH) |
| ) | |
| ) | Category B |
| ) | |
| JOHN JAIRO GIRALDO SANCHEZ ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>October 10, 2007</u> from <u>The Calendar Committee</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Huvelle</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk