UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case Number 05-316 (ESH) |
| PABLO RAYO MONTANO<br>    Et al | * | |

<u>SUMMARY OF EVIDENCE</u>

Comes the United States and submits a summary of the evidence.

Pablo Rayo was a major cocaine trafficker by the time he fled Colombia for Panama in about 1997. He transplanted his DTO to Panama and lived there until about 2003, when he fled to/Sao Paulo. Brazil. He continued to run his DTO from Sao Paulo until his arrest in May 2006. He shipped tons of cocaine to the United States through his chief lieutenant, Jackson Orozco Gil, and through a close associate, Mars Micolta. Gil operated his trafficking through a shell company in Cali called World Fishing while Mars Micolta ran his trafficking through a company in /Cartagena called DISTA. One challenge for Rayo was how to get his US profits to Brazil.

The DEA with the assistance of law enforcement in Brazil, Colombia, and Panama uncovered Rayo's DTO. Telephone conversations in Brazil and Colombia were intercepted, shipments were seized at sea, couriers were arrested carrying money, and cooperating witnesses were identified and interviewed. These and other evidence were gathered about Rayo and his associates.

Seized shipments at sea

The following shipments, connected to Rayo, Gil, or Mars Micolta, were seized at sea. Often, intercepted calls before or after the seizure discussed either the preparation for the shipment or its shipment.

On December 9, 2002, the Lady Fanny was stopped by the Colombian Navy with 700 pounds of marijuana. Mars Micolta owned the ship, named after his mother, and seven crew were arrested. The captain was Leoby Bent Robinson. On November 23, 2003, the Juette, also known as the Eduardino, was stopped by the Colombian Navy with 744 keys of cocaine. It was stopped about 150 miles north of Cartagena, three crew were arrested. On January 23, 2004, the Centauro was stopped near Colombia with 14.5 keys of cocaine. Four crew were arrested, including Wilmer Paz Preciado. On September 16, 2004, the Lina Maria was stopped with 12 tons of cocaine. A crew member had a cell phone which had called a phone which had been in close contact with Mars Micolta's company DISTA. On September 23, 2004, the San Jose was stopped in the Eastern Pacific with 10.4 tons of cocaine. On November 14, 2004, the Don Ramon was stopped by the USS Boone 100 miles north of Cartagena. It had no cocaine, minimal fishing gear, and tested positive for the presence of cocaine. On March 11, 2005, the Don Daniel was stopped by the USCG off Punto Triburo. No cocaine was found, by it had minimal fishing gear and tested positive for the presence of cocaine. On April 24, 2005, the Bahia Bonita was stopped as it departed Venezuela. The captain was Jose Dunn and no cocaine was found. However, in May 2005 the Bahia Bonita delivered 5.5 tons of cocaine to a British undercover vessel off the coast of Africa. The Spanish navy stopped

her after the transfer. On August 19, 2005, the USS Jarrett stopped the Riomar in the eastern Pacific. A submersible was found nearby with 2195 keys of cocaine. The submersible was a 31 foot long sub with a raido beacon attached to it. It had been cut loose from the Riomar after the crew saw the coast guard. On May 25, 2005, a fax to DISTA was intercepted showing the costs (almost one million dollars) for operating a go fast boat. On May 30, 2005, the go fast Lancha successfully delivered a load of cocaine off Belize. On August 20, 2005, a go fast was seized off Belize with 2653 keys of cocaine. Five crew were arrested. On August 27, 2005, the Sea Atlantic was stopped with 2040 keys of cocaine. Nine crew were arrested. But on August 28, 2005, the intercepts show there was a successful three ton delivery in the eastern Pacific which Micolta referred to the as 'three piglets being born". On September 10, 2005, the El Exito was stopped off the coast of Costa Rica with 1650 keys of cocaine. On September 16, 2005, the Danny Ivan was stopped by the USS Hamitlon in the eastern Pacific with 6 tons of cocaine. Nine crew were arrested. On December 8, 2005, the Princessa de drake was stopped off Costa Rica with 2000 keys of cocaine.

## Other seizures

There were other seizures. On February 16, 2005, Mars Micolta directed that $44,000.00 be sent via two couriers, Luis and Enrique Gongora. Police at the Cartagena airport seized the money and allowed the two to go on. Luis went on to the US. In 2004, a CS met Domingo Micolta in Miami and delivered $50,000 to him as directed by Jose Ignacion Lopez. During the investigation of Rayo in Panama in 2002, particularly in November, police seized 275 keys of cocaine and 3.5 million dollars. They later seized

an additional 1.7 million dollars. Juan Carlos Gomez Afanaddor gave 1.7 million to Gabriel Villada and the money was found in Villada's vehicle. In Jose Medina Belido's home in Panama police found documents for homes bought by Rayo through nominees, along with records showing a Jaime Micolta credit card used to pay for rental vehicles for Rayo's associates. Belido told police he and Alberto Torres, a close Rayo associate, were business partners.

Seized from Hector Aguilar in Miami was a letter dated May 31, 2002 reference a crew for the Isabella II. A companion letter dated September 6, 2001, Aguilar requested from the US consul in Panama permission for Jaime Micolta to travel to Miami from Panama as a crew member on the Isabella II. Seized from Jose Arango in Miami was his address book and under his listing for Sandra Orozco Gil was "Jaime 6200442 fax 2645534" in a note section showing other numbers connected to Sandra. Seized from Jackson Orozco Gil in Cali was a letter dated March 4, 2005 showing he transferred a Colt .38 revolver to Jhon Jairo Giraldo Sanchez. A BBVA checking account for Alba Lorena Giraldo Sanchez shows weekly deposits of Colombian pesos equal to $3000 to $5000 weekly. A Banco Davivienda bank statement for Alba Giraldo shows multiple cash deposits. A letter dated June 29, 2005 shows she gave the bank authority to release 2 CD's for 20 million pesos and 5 million pesos to Jhon Jairo Giraldo. Jaime Micolta's email address (jaimemicolta@hotmailcom) was found in in Fidel Sandoval's email address book when a search warrant was executed on Sandoval's email account. In a letter dated October 27, 2004, Sara Rayo acknowledged receipt for payment for cargo. She paid $7900 for payment of cargo aboard the Caifas II, a known drug transport vessel. On www.oyeme.com, Jaime Micolta had a personal page with his age (56), physical

description, and screen name. On May 16, 2006, Panama authorities seized Lot 140y in Panama City belonging to Jaime Micolta, three islands off the coast off Panama in his name, and more than $300,000 from Carlos Javier Micolta. On May 16, 2006, Brazilian police seized Elizabeth Manriques's (Rayo's wife) phone book. She had several listings for Jaime Micolta, including listings for "pobre" (315 area code) and "Jaime Pobre" (507 area code). Manrique also had a listing for her sister-in-law, Sara Maritza. A Banco One bank account in Panama belonging to Jaime Micolta was seized in Panama on May 16, 2006, along with accounts for Nautipesca, German Pinzon, and Jose Maria Bermudez. Also seized were cell phones from Beatrice Micolta, Raquel Micolta, and Nautipesca. The search of Juan Carlos Gomez' residence in Cali on May 16 revealed a firearm. On May 5, 2005, Viviana Buitrago Paz was stopped at the Sao Paulo airport with $30,620. for Rayo. It was hidden in two magazines. In July 2005, Alba Lorena Giraldo and Jackson Gil sent from World Fishing a load of sugar in a container to a man named Ignacio Tejada Rios. Panela is the sugar which is like brown sugar.

### Other evidence

Fidel Sandoval ran a front company in Ecuador called Caribbean Atlantic. It was an import and export company which had no imports or exports and was run out of his home. Jackson Gil sought to immigrate to Brazil and opened a company there so he could claim to be in business in Brazil. Monica Ruiz laundered about five million dollars for Rayo and Mars Micolta in four months in 2005. She then moved to Indiana. She was arrested on May 16, 2006 and pled guilty in Miami. Juan Carlos Gomez is also known as Juanco. In June 2005 he called Rayo and said he was at Rayo's service. They engage in

coded conversations in June 2005 and February 2006, and on February 16, 2006 he is seen by DEA agents at a Sao Paulo restaurant with Manrique, and on February 18 he is spotted in the airport in Sao Paulo, where airport cameras record him sitting beneath a camera looking through his passport.

On November 18, 2005, DEA saw Jackson Gil and Rayo together in Sao Paulo. On January 2, 2006, DEA saw Jackson Gil arriving at the Sao Paulo airport, and on January 6 ,2006, DEA see Rayo in his rental home in Angra dos Reis, Brazil. On February 6 and 7, police spot Rayo in Rio. On Mary 16, 2006, when Rayo was arrested with Manrique, she said "I knew the Colombians and Bolivians would get you into trouble". On May 16 Rayo was interviewed for about five hours. He said that Jaime Micolta was also called "pobre".

On May 16, 2006, Jaime Micolta was advised of and waived his Miranda rights. He said he came to the US two years prior to work and opened a business with Carlos Baxter called TR1 Transformers, a vehicle customizing shop. It failed after one year and he went to work as a welder. He said he grew up with Gil and last saw him 3 years prior. He knew Jovanny Tovar and last saw him 3 years ago. Tovar ran a sports fishing shop in Panama, he said. Mario Leone Kam was Tovar's partner, he said. He last saw Jose Maria Bermudez in 2003 and knew he owned fishing boats. He last saw Aguilar 3 years prior, knew Rosalba lived in Colombia, that he last saw Sandoval four or five years ago but had recently been emailing him, and that he had been talking to and emailing Rayo recently. He denied any drug related calls to Rayo and said his call where he talked about merchandise coming across the border was really about getting Rayo across the border.

Numerous Panama and Colombia witnesses detail Rayo's drug network, and the roles of the various defendants in that network. Rayo moved to Panama and ran his drug operations from there. He bought a dozen or more homes for his associates, opened up bank accounts in other's names, and set up businesses to launder his drug money. He bought property, including a set of three islands off the coast which he used Jaime Micolta to buy. Witnesses will detail the many tactical and strategic meetings with his many associates he had in Panama, including Jaime Micolta, Jackson Gil, Alberto Torres, Domingo and Mars Micolta, and many others. Rayo and Micolta received and distributed drug proceeds. Rayo opened three Nautipesca stores, which ostensibly sold high end boating accessories to recreational boaters. Jaime Micola was a favored customer who had unlimited access to the store. Jaime Micolta ordered a lot of boating equipment, but not fishing equipment, including GPS units, radios, fuel, communication systems, hardware, and oil. He often spent up to $50,000 at a time. Rayo spoke often about Jaime Micolta.

Rayo and Jaime Micolta opened bank accounts in the names of others and used those accounts to deposit drug proceeds. They would use others to make bulk cash deposits into these accounts, and would have others make withdrawals from these accounts from them. Rayo used Torres and Jaime Micolta to located real estate for him to buy, and in turn Torres and Jaime Micolta arranged for others to buy the property with Rayo's money. Others picked up bulk cash in drug proceeds in Mexico and delivered it to Micolta and Torres for delivery to Rayo. Rayo used fake invoices at Nautipesca to disguise his deposits of drug proceeds into the Nautipesca accounts. Micolta and Torres assisted him in running drug proceeds through Nautipesca.

Jackson Gil opened World Fishing to launder Rayo's drug money, and Mars Micolta did the same with DISTA. Alba Lorena Giraldo was Gil's right hand person at World Fishing. She assisted him in every aspect of his business. On November 29, 2005, Panama police saw Jackson Gil in Panama City. On October 5-7, 2005, police saw Mars Micolta in Panama. On April 11, 2006, Hector Aguilar was seen by police meeting with Mario Kam in Panama. On May 1-5, 2005, Sara Maritza was seen by police in Panama City. On May 16, 2006, Rayo's phone book was seized and it contained a listing for "pobre", which Rayo stated referred to Jaime Micolta.

Maritza was intercepted by the Colombian wire tap. At least five calls were intercepted in April and May 2006. The intercepts in Brazil intercepted many calls between Rayo and Gil, calls involving Alba Lorena Giraldo calling Jackson Gil and Mars Micolta, calls between Rayo and Yovanny Tovar in Panama, calls related to the arrest of the couriers Jhon Jairo Giraldo and Vivaian Paz, and calls with Fidel Sandoval. The intercepts also intercepted at least nine faxes from Sandoval to Rayo showing that Sandoval sent approximately $300,000 to Rayo in Sao Paulo from August to December 2005. Calls between Rayo and Juan Carlos Gomez were also intercepted in Brazil.

Numerous Miami defendants, involved with either Rayo or Mars Micolta, have pled guilty and are prepared to testify to their involvement directly with drug trafficking or with money laundering. In addition, other Miami defendants also indicted in DC who have not yet pled guilty are also prepared to testify.

Respectfully submitted,

/s/

Paul Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
1400 NewYork Ave NW
Washington, DC 20005
202-514-1286
paul.laymon@usdoj.gov