UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.: 05-316 (16) (ESH) |
| JOHN JAIRO GIRALDO SANCHEZ, et al. | |

## ORDER

Upon consideration of defendant's motion questioning his detention security status at the D.C. Jail, it is hereby ordered that representatives from the D.C. Department of Corrections appear before this Court and show cause as to the reasons underlying the present security classification status of the defendant.

A show cause hearing is set for December 7, 2007, at 10:15 a.m.

_/s/ Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

**Copies To:**

All parties via ECF.

Maria Amato, General Counsel
D.C. Department of Corrections
1923 Vermont Avenue, NW
Washington, D.C. 20001

Warden William J. Smith, CCE
Central Detention Facility,
DC Department of Corrections
1901 D Street, SE
Washington, DC 20003
Fax: 202-698-4877

