# Retureta & Wassem, p.l.l.c.
Attorneys at Law
601 Pennsylvania Avenue, NW
South Building — Suite 900
Washington, D.C. 20004
mjr.rw@verizon.net

Manuel J. Retureta, Esq. (DC)　　　　　　　　　　　　　　　　　　　　　　　　(202) 220-3073
Leigh Anne Wassem, Esq. (MD)　　　　　　　　　　　　　　　　　　　　Fax: (202) 220-3130

March 13, 2008

The Honorable Ellen Segal Huvelle
United States District Judge
333 Constitution Avenue, NW
Washington, D.C. 20001

**Re: *United States v. John Jairo Giraldo Sanchez,* 05-316 (ESH)**

Dear Judge Huvelle:

I write to advise that due to a death in the family I will be unable to attend the Friday, March 14, 2008 status conference hearing. Defense counsel Larry Herrmann will be standing-in for me at the hearing. My client has been informed of my situation and has consented to Mr. Herrmann's appearance on his behalf.

Sincerely,

　　/s/

Manuel J. Retureta, Esq.

MJR/law