FILED

MAR 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-526
(04/06)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No. 05-316 (ESH)

JHON JAIRO GIRALDO SANCHEZ
**Defendant**

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Jhon Jairo Giraldo Sanchez_
**Defendant**

_[signature]_
**Counsel for defendant**

Consent:

_[signature] Donnell W. Turner_
**United States Attorney**

Approved:

_[signature] Ellen S. Huvelle_
**Judge Ellen Segal Huvelle**